John J. Talton, Chapter 13 Trustee  Check No. 834166
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 09-10732 | 999-0 | ROBERT L. TAYLOR | | 0.00 | 1,780.00 | 0.00 | 1,780.00 |
| | | Original Check written to: | | | | | |
| | | ROBERT L. TAYLOR | | | | | |
| | | P O BOX 152 | | | | | |
| | | EVADALE, TX  77615 | | | | | |